UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re

SEQUOIA VOTING SYSTEMS, INC.

Debtor.

Case No. 14- 11360
Chapter 11

**CORPORATE OWNERSHIP STATEMENT PURSUANT
FED. R. BANKR. P. 1007(a)(1) AND (a)(3) AND 7007.1**

Sequoia Voting Systems, Inc. (the "Debtor"), submits this Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 1007(a)(1) and (a)(3) and 7007.1 and states that the Debtor is a Delaware corporation.

The Chapter 7 Bankruptcy Estate of SVS Holdings, Inc. owns 100% of the voting equity of the Debtor. The Debtor has no other classes of shares.

Dated: February 11, 2014.

SEQUOIA VOTING SYSTEMS, INC.

By: _____
Tom H. Connolly, President

and

FOSTER GRAHAM MILSTEIN &
CALISHER, LLP

_____
Daniel J. Garfield, #26054
360 S. Garfield St., 6th Fl.
Denver, Colorado 80209
Tel: (303) 333-9810
Fax: (303) 333-9786
dgarfield@fostergraham.com

*Proposed attorneys for Debtor Sequoia Voting Systems, Inc.*

## WRITTEN UNANIMOUS CONSENT IN LIEU
## OF A MEETING OF THE SHAREHOLDERS
## OF
### Sequoia Voting Systems, Inc.
### A Corporation Formed Under
### the Laws of the State of Delaware.

THE UNDERSIGNED, representing the sole Shareholder of Sequoia Voting Systems, Inc., a Delaware corporation (the "Corporation"), entitled to vote at a meeting of the Shareholders of the Corporation, hereby unanimously ratify and consent to the following resolutions and activity of the Corporation in lieu of a formal organizational meeting:

### AUTHORIZATION TO FILE BANKRUPTCY PETITION

RESOLVED that the officers of the Corporation are hereby authorized and directed to file a voluntary petition under Chapter 11 of the United States Bankruptcy Code and take such actions in connection with the Chapter 11 case as they deem necessary and proper;

BE IT FURTHER RESOLVED that the officers of the Corporation are hereby authorized and directed to hire and engage the law firm of Foster Graham Milstein & Calisher, LLP as bankruptcy counsel.

### GENERAL

RESOLVED, that to the extent these resolutions conflict with any prior resolutions or bylaws adopted by the Corporation, these resolutions shall control.

DATED this 10th day of February, 2014.

SHAREHOLDERS:

SVS HOLDINGS, INC.

By: _____
Name: Tom H. Connolly, Chapter 7 Trustee