**United States Bankruptcy Court**
**District of Colorado**

**IN RE:**                                                                                        Case No. **14-11360 HRT**

**Sequoia Voting Systems, Inc.**                                      Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Bankruptcy Estate of SVS Holdings Inc.**<br>**Chapter 7 Case No. 10-24238 HRT**<br>**PO Box 815**<br>**Broomfield, CO  80038-0000** | **100** | **Voting Equity** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only