**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re<br><br>SEQUOIA VOTING SYSTEMS, INC.<br><br>Debtor. | Case No. 14-11360 TBM<br>Chapter 11 |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER**

On July 31, 2017, FTI Consulting, Inc. ("Movant") filed a motion or application pursuant to L.B.R. 9013-1 entitled Fifth and Final Fee Application for Approval of Professional Compensation and Reimbursement of Expenses by FTI Consulting, Inc., as Financial Advisor to Sequoia Voting Systems, Inc. Movant hereby certifies that the following is true and correct:

    1.    Service of the application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed on July 31, 2017.

    2.    The docket numbers for each of the following relevant documents are:

        a.    The application and all documents attached thereto and served therewith, (Dkt. #170);
        b.    The notice, (Dkt. #172);
        c.    The cover sheet, (Dkt. #171)
        d.    The certificates of service, (Dkt. ##170-3 and 171-1); and
        e.    The proposed order, (Dkt. #170-4).

**WHEREFORE**, Movant prays that the Court forthwith enter an order, a form of which is submitted herewith, granting the requested relief.

DATED:  August 24, 2017     FTI CONSULTING, INC.

_Cynthia Nelson (signature)_

---

Cynthia Nelson
633 W. 5th St., Ste. 1600
Los Angeles, CA  90071
Tel: (213) 452-6026
Fax: (213) 452-6399
E-mail: cynthia.nelson@fticonsulting.com

*Financial Advisor to Sequoia Voting Systems, Inc.*

2