# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC. | ) | Case No. 10-24238 TBM |
| | ) | Chapter 7 |
| Debtor, | | |
| and | | |
| In re: | ) | |
| Sequoia Voting Systems, Inc. | ) | Case No. 14-11360 TBM |
| | ) | Chapter 11 |
| | ) | Jointly Administered under |
| Debtor. | ) | Case No. 10-24238 TBM |

## NOTICE OF SUBSTITUTION
_____

Please be advised that Leo M. Weiss hereby withdraws as attorney of record for the U.S. Trustee and Alan K. Motes of the United States Trustee's Office is hereby substituted as attorney of record for the U.S. Trustee. Pursuant to L.B.R. 9010-4(b), the Clerk is authorized to terminate the involvement of the withdrawing attorney.

Dated: December 22, 2017

\                                   PATRICK S. LAYNG,
                                    United States Trustee for Region 19

                                    **By: /s Leo M. Weiss**
                                    Leo M. Weiss, #15294
                                    Trial Attorney for the U.S. Trustee
                                    1961 Stout St.
                                    Suite 12-200
                                    Denver, CO 80294
                                    (303) 312-7230
                                    leo.m.weiss@usdoj.gov

Dated: December 22, 2017

        PATRICK S. LAYNG
        United States Trustee for Region 19

        **By: /s/ Alan K. Motes**
        Alan K. Motes, #33997
        Trial Attorney for the U.S. Trustee
        Byron G. Rogers Federal Building
        1961 Stout Street, Suite 12-200
        Denver, Colorado 80294
        (303) 312-7999 telephone
        (303) 312-7959 facsimile
        alan.motes@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on December 22, 2017, I served a complete copy of Substitution of Counsel on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**By U.S. Mail**

Tom Connolly
Sequoia Voting Systems, Inc.
SVS Holdings, Inc.
950 Spruce St.
Suite 1C
Louisville, CO 80027

**By CM/ECF:**

Brent R. Cohen
Chad S. Caby
1200 17th St.
Ste. 3000
Denver, CO 80202

Daniel J. Garfield
360 S. Garfield Street,
6th Floor
Denver, CO 80209

Ira S. Greene
750 Lexington Ave.
NY, NY 10022

Eric E. Johnson
633 17th ST.
Ste. 3000
Denver, CO 80202

/s Alan K. Motes
Office of the United States Trustee