# POST CONFIRMATION QUARTERLY REPORT

**DEBTOR:** Sequoia Voting Systems, Inc.

CH. 11 CASE NO: 14-11360 TBM                    FOR QUARTER ENDED: December 31, 2017

### SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

| | | |
|---|---|---:|
| 1. | CASH BALANCE, BEGINNING OF QUARTER | $ 502,097.27 |
| 2. | CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | 0.00 |
| 3. | CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | 431,921.34 |
| 4. | CASH BALANCE, END OF QUARTER | $ 70,175.93 |

### SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| | Paid During Quarter | Paid To date | Total Pmts. Projected Under Plan |
|---|---:|---:|---:|
| 1. ADMINISTRATIVE EXPENSES | | | |
|     Plan Trustee Expenses | 80.54 | 80.54 | |
|     Other Professionals | 13,725.03 | 13,725.03 | |
|     Chapter 11 Administrative Expenses | | | |
|     TOTAL ADMINISTRATIVE EXPENSES | 13,805.57 | 13,805.57 | |
| 2. SECURED CREDITORS | | | |
| 3. PRIORITY CREDITORS | 6,018.50 | 6,018.50 | |
| 4. UNSECURED CREDITORS | 412,097.27 | 412,097.27 | |
| 5. EQUITY SECURITY HOLDERS | | | |
| TOTAL PLAN PAYMENTS | 431,921.34 | 431,921.34 | |

| | Amount | Check No. |
|---|---:|---:|
| QUARTERLY FEE ACCRUED | 4,875.00 | 1002 |

**PLAN STATUS:**                                                                                                                    Yes    No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)       X
2. Are all post-confirmation obligations current? (If no, attach explanation.)                                              X

**Notes:**
1. Cash receipts and expenditures are reported on a "cash basis".

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Sequoia Voting Systems, Inc.
Reorganized Debtor

By: *[signature]*
Tom H. Connolly, Plan Administrator
tom@clpc-law.com 303-661-9292

Form 3
Rev. 10/1/01