| Fill in this information to identify your case |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO |
| Debtor 1: Sequoia Voting Systems, Inc.    Case #: 14-11360 TBM |
| Debtor 2:    Chapter: 11 |

## Local Bankruptcy Form 3022-1.1
## Chapter 11 Final Report and Motion for Final Decree (Chapter 11 Business Debtor)

**Complete applicable sections.**

### Part 1  Report and Motion

Comes now the debtor, and pursuant to the provisions of 11 U.S.C. § 1106(a)(7) as ordered by this Court, and submits that the estate herein is fully administered and that the plan has been substantially consummated as follows:

1. That the order confirming the plan has become final;
2. That the deposits required by the plan have been distributed in accordance with the provisions of the plan as shown in Schedule A/B, attached hereto;
3. That substantially all of the property of the debtor has been transferred according to the provisions of the plan as shown in Schedule A/B attached hereto;
4. That the debtor or the successor has assumed the business or the management of the property dealt with by the plan as applicable;
5. That distribution has been commenced under the plan, and that payments to creditors and other interested parties have been undertaken as shown in Schedule C attached hereto; and
6. That all motions, contested matters, and adversary proceedings have been finally resolved.

WHEREFORE the debtor herein prays for the entry of the Final Decree pursuant to Fed. R. Bankr. P. 3022, finding that the estate has been fully administered and, therefore, ordering the closing of the case.

### Part 2  Signature of Debtor's Attorney

Dated: February 6, 2018

By: /s/ Tom H. Connolly
Tom H. Connolly, Plan Administrator
Bar Number: 11689
Mailing Address: 950 Spruce St., Ste. 1C,
                 Louisville, CO 80027
Telephone number: 303-661-9292
Facsimile number: 303-661-9555
E-mail address: tom@clpc-law.com

**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor 1: Sequoia Voting Systems, Inc.  Case #: 14-11360 TBM

Debtor 2:  Chapter: 11

**SCHEDULE A/B**

Nature and amount of deposits distributed in accordance with the provisions of the plan:

| Nature of deposit | Amount | Distribution |
|---|---|---|
| Reserve – Article 3 | $90,000 | $90,000 |
|  |  |  |

The following property of the debtor has been/will be transferred according to the provisions of the plan:

| Nature of property | Value of property | Transferred to | Date of transfer (actual or estimated) |
|---|---|---|---|
| None |  |  |  |
|  |  |  |  |

| Fill in this information to identify your case |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** |
| Debtor 1: Sequoia Voting Systems, Inc.     Case #: 14-11360 TBM |
| Debtor 2:                                    Chapter: 11 |

**SCHEDULE C**

Payments completed under the provisions of the plan are as follows:

Administrative Payments/Fees and Taxes:

1. Trustee's commissions and expenses — $0.00
2. Accountant's fees — $0.00
3. Auctioneer's fees — $0.00
4. Appraiser's fees — $0.00
5. Attorney's fees
    a. for creditors' committee — $0.00
    b. for trustee — $0.00
    c. for debtor — $13,725.03
    d. other attorney's fees — $0.00
6. Taxes, fines, penalties, etc. (11 U.S.C. § 502(b)(1)(B) & (C)) — $0.00
7. Other non-operating costs of administration (itemize on attached document) — $0.00
8. **Total administrative payments/fees and taxes** — **$13,725.03**

**Other Priority Payments:**

1. Post involuntary petition/pre-relief claims — $0.00
2. Wages, etc. — $0.00
3. Contributions to employee benefit plans — $0.00
4. Deposits for undelivered service or property — $0.00
5. Taxes (11 U.S.C. § 507(a)(8)) — $6,018.50
6. **Total other priority payments:** — **$6,018.50**

**Other Payments Completed Under the Plan:**

| | | |
|---|---|---:|
| 1. | Payments to secured creditors | $0.00 |
| 2. | Payments to unsecured creditors | $412,097.27 |
| 3. | Payments to equity holders | $0.00 |
| 4. | Other distributions | $0.00 |
| **5.** | **Total other payments completed under the plan** | **$412,097.27** |