UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: **Sequoia Voting Systems, Inc.**, Debtor. | Bankruptcy Case No. **14-11360 TBM** Chapter 11 |

**FINAL DECREE**
**(Chapter 11 Business Debtor)**

The estate of the above-named debtor having been fully administered, it is

    ORDERED that the chapter 11 case of the above-named debtor is hereby closed.

DATED _____

BY THE COURT:

_____

United States Bankruptcy Judge