| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | |
|---|---|---|---|
| Debtor 1: Sequoia Voting Systems, Inc. | | Case #: | 14-11360 TBM |
| Debtor 2: | | Chapter: | 11 |

**Local Bankruptcy Form 9013-1.2**
**Certificate of Service**

I certify that on **February 6, 2018,** I served a complete copy of **Chapter 11 Final Report and Motion for Final Decree (Chapter 11 Business Debtor)** and **proposed Final Decree** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**Attorney Chad Caby, via CM/ECF**
**Attorney Brent R. Cohen, via CM/ECF**
**Attorney Daniel J. Garfield, via CM/ECF**
**Attorney Ira S. Greene, via CM/ECF**
**Attorney Eric E. Johnson, via CM/ECF**
**Attorney Alan K. Motes, via CM/ECF**
**Attorney David B. Willson, via CM/ECF**

Dated:  February 6, 2018.

By: /s/ Christy Bevel, Legal Assistant
Mailing Address:  950 Spruce St., Ste. 1C,
                  Louisville, CO 80027
Telephone number:  303-661-9292
Facsimile number:  303-661-9555