UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| Sequoia Voting Systems, Inc. ) | Case No. 14-11360 TBM |
| EIN: 37-1274619 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## CHAPTER 11 FINAL REPORT AND MOTION FOR FINAL DECREE

**Comes now the Sequoia Voting Systems, Inc.** by Tom Connolly, Plan Administrator and Pursuant to 11 U.S.C. § 1106(a)(7) submits that the estate herein has been fully administered and that the Second Amended (Revised) Plan (the "Plan") confirmed herein has been substantially consummated as follows:

1. The Court's Order dated October 20, 2017 confirming the Plan has become final;

2. The deposits required by the Plan as shown on Schedule A/B attached hereto was made;

3. The property of the estate revested according to the provisions of the Plan as shown in Schedule A/B attached hereto;

4. The Plan Administrator assumed the management of the property dealt with by the Plan in accordance with the Plan;

5. Distributions have been commenced under the Plan, and payments to creditors and other interested parties have been made as shown in Schedule C attached hereto; and

6. All motions, contested matters and adversary proceedings have been finally resolved.

**WHEREFORE,** Plan Administrator prays for the entry of a Final Decree pursuant to Fed.R.Bankr.P. 3022 finding that the estate has been fully administered and ordering the closing of the case.

Dated this 6th day of February, 2018.

Respectfully submitted

By: _____
Tom H. Connolly
Plan Administrator
950 Spruce St., Ste. 1C
Louisville, CO 80027
303-661-9292
tom@clpc-law.com

**Fill in this information to identify your case**

UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO

Debtor 1: Sequoia Voting Systems, Inc.  Case #: 14-11360 TBM

Debtor 2: _____  Chapter: 11

## SCHEDULE A/B

Nature and amount of deposits distributed in accordance with the provisions of the plan:

| Nature of deposit | Amount | Distribution |
|---|---|---|
| Reserve – Article 3 | $90,000 | $90,000 |
|  |  |  |

The following property of the debtor has been/will be transferred according to the provisions of the plan:

| Nature of property | Value of property | Transferred to | Date of transfer (actual or estimated) |
|---|---|---|---|
| None |  |  |  |
|  |  |  |  |

| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: Sequoia Voting Systems, Inc. | Case #: | 14-11360 TBM |
| Debtor 2: | Chapter: | 11 |

## SCHEDULE C

Payments completed under the provisions of the plan are as follows:

Administrative Payments/Fees and Taxes:

| | | |
|---|---|---|
| 1. | Trustee's commissions and expenses | $0.00 |
| 2. | Accountant's fees | $0.00 |
| 3. | Auctioneer's fees | $0.00 |
| 4. | Appraiser's fees | $0.00 |
| 5. | Attorney's fees | |
| | a. for creditors' committee | $0.00 |
| | b. for trustee | $0.00 |
| | c. for debtor | $13,725.03 |
| | d. other attorney's fees | $0.00 |
| 6. | Taxes, fines, penalties, etc. (11 U.S.C. § 502(b)(1)(B) & (C)) | $0.00 |
| 7. | Other non-operating costs of administration (itemize on attached document) | $0.00 |
| 8. | **Total administrative payments/fees and taxes** | **$13,725.03** |

### Other Priority Payments:

| | | |
|---|---|---|
| 1. | Post involuntary petition/pre-relief claims | $0.00 |
| 2. | Wages, etc. | $0.00 |
| 3. | Contributions to employee benefit plans | $0.00 |
| 4. | Deposits for undelivered service or property | $0.00 |
| 5. | Taxes (11 U.S.C. § 507(a)(8)) | $6,018.50 |
| 6. | **Total other priority payments:** | **$6,018.50** |

L.B.F. 3022-1.1 (12/17)   Page 3

**Other Payments Completed Under the Plan:**

| | | |
|---|---|---|
| 1. | Payments to secured creditors | $0.00 |
| 2. | Payments to unsecured creditors | $412,097.27 |
| 3. | Payments to equity holders | $0.00 |
| 4. | Other distributions | $0.00 |
| 5. | **Total other payments completed under the plan** | **$412,097.27** |