**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: <br><br> **Sequoia Voting Systems, Inc.**, <br><br> Debtor. | Bankruptcy Case No. **14-11360 TBM** <br><br> Chapter 11 |

**FINAL DECREE
(Chapter 11 Business Debtor)**

The estate of the above-named debtor having been fully administered, it is

    ORDERED that the chapter 11 case of the above-named debtor is hereby closed.

DATED _____               BY THE COURT:

                                                                             _____

                                                                             United States Bankruptcy Judge