**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | Bankruptcy Case No. **14-11360 TBM** |
| **Sequoia Voting Systems, Inc.**, | Chapter 11 |
| Debtor. | |

**FINAL DECREE**
**(Chapter 11 Business Debtor)**

The estate of the above-named debtor having been fully administered, it is

    ORDERED that the chapter 11 case of the above-named debtor is hereby closed.

DATED this 9th day of March, 2018

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Judge