UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| SVS HOLDINGS, INC., | ) | 10-24238 HRT |
| | ) | Chapter 7 |
| Debtor. | ) | *Converted from Ch 11* |
| | ) | |
| | ) | Bankruptcy Case No. |
| SEQUOIA VOTING SYSTEMS, INC., | ) | 14-11360 HRT |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | Jointly Administered Under |
| | ) | Case No. 10-24238 HRT |

**ORDER**

This matter arises before the Court *sua sponte*, and the Supplement of Dominion Voting Systems Corporation and Dominion Voting Systems, Inc., to Movants' Certificate of Contested Matter (the "Certificate", docket #215) filed April 8, 2014. Dominion refers to additional objections filed by D3 Technology Solutions, LLC, Daniel Davidson, Sunrise Labs, Inc., and Drew Sunstein, to the Motion to Substantively Consolidate Debtors' Estates and Motion for Substantive Consolidation <u>Nunc Pro Tunc</u> to June 8, 2010 (the "Motion", docket #196) filed by Tom H. Connolly, as Chapter 7 trustee for SVS Holdings, Inc., and for Chapter 11 debtor Sequoia Voting Systems, Inc. (collectively, "Movants"). Pursuant to Dominion's Certificate, these additional objections are attached as Exhibits D and E to Dominion's Objection (docket #202). The Court has reviewed Exhibit D "Declaration of Daniel Davidson" and Exhibit E "Declaration of Drew Sunstein" (the "Declarations").

The Declarations show no evidence of representation of D3 Technology Solutions, LLC, and Sunrise Labs, Inc., by an attorney. A corporation or other similar legal entity may not appear *pro se*, but must be represented by an attorney. *Flora Construction Co. v. Fireman's Fund Ins. Co.,* 307 F.2d 413 (10th Cir. 1962) *cert. denied*, 371 U.S. 950, 83 S.Ct. 505, *reh'g denied*, 373 U.S. 919, 835 S.Ct. 1296 (1963). These entities cannot appear *pro se* in this matter, and any objection they may have to the Motion must be signed by an attorney of record.

In accordance with the foregoing findings, it is therefore

ORDERED that:

1. D3 Technology Solutions, LLC, and Sunrise Labs, Inc., shall have until **Monday, April 28, 2014**, in which to file an Objection to the Motion described above, signed by an attorney admitted to practice before the Court as required by Rule 9011, Fed.R.Bankr.P..

2. Daniel Davidson and Drew Sunstein shall have until **Monday, April 28, 2014**, in which to file any Objection to the Motion described above. If an Objection is filed, the objector must serve a copy on Movants' counsel, Dominion's counsel, and the U.S. Trustee, and attach a certificate of service evidencing same.

3. As the Declarations, attached as Exhibits to Dominion's Objection, fail to provide a mailing or physical address for Mr. Davidson or Mr. Sunstein, Dominion's counsel is directed to serve this Order on affected parties and file a certificate of service with the Court by **April 14, 2014**.

Dated this  10th  day of April, 2014.

BY THE COURT:

*Howard Tallman*

Howard R. Tallman, Chief Judge
United States Bankruptcy Court