United States Bankruptcy Court
District of Colorado

In re:                                                              Case No. 14-11360-TBM
Sequoia Voting Systems, Inc.                                        Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: spressera          Page 1 of 2              Date Rcvd: Mar 09, 2018
                              Form ID: pdf904          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2018.
```
db            +Sequoia Voting Systems, Inc.,    950 Spruce St., Suite 1C,    Louisville, CO 80027-1977
aty           +Ronak N. Patel,    3960 Orange St.,    Ste. 500,    Riverside, CA 92501-3644
cr            +Dominion Voting Systems, Inc.,    Attn: Eric E. Johnson,    c/o Sherman & Howard L.L.C.,
               633 17th Street, Suite 3000,    Denver, CO 80202-3622
15871966       Access Receivables,    P.O. Box 9801,    Townson, MD 21284-9801
15871967      +Adecco Employment Services,    175 Broadhollow Road,    Melville, NY 11747-4911
15871969      +Anton Collins Mitchell LLP,    4999 Pearl East Circle Suite 300,    Boulder, CO 80301-2654
15871970      +Avaya,    4655 Great America Parkway,    Santa Clara, CA 95054-1236
15871971       Avaya Financial Services,    CIT Communications Finance Co.,    P.O. Box 550599,
               Jacksonville, FL 32255-0599
17086073      +CIT Communications Finance Corporation,    c/o Bankruptcy Processing Solutions, Inc,
               PO Box 593007,    San Antonio, TX 78259-0200
15871974      +CT Corporation,    1675 Broadway Suite 1200,    Denver, CO 80202-4604
15871973      +County Of Riverside, California,    Registrar Of Voters Office,    2724 Gateway Drive,
               Riverside, CA 92507-0923
15871975      +D3 Technology Solutions,    6219 Northstar Ridge Lane,    Parker, CO 80134-5757
15941486      +Daniel Blake Davidson,    6219 Northstar Ridge Lane,    Parker, CO 80134-5757
15871976       Fidelity Investments,    P.O. Box 73307,    Chicago, IL 60673-7307
16197551      +Kevin Hurst,    63 Chadwick Circle,    Eagleville, PA 19403-4559
15871978      +McLarty Associates,    900 17th Street, NW, Suite 800,    Washington, DC 20006-2511
16858188       New York State Department of Taxation and Finance,    Bankruptcy Section,    PO Box 5300,
               Albany, NY 12205-0300
16858404      +New York State Department of Taxation and Finance,    Bankruptcy Unit,    PO Box 5300,
               Albany, NY 12205-0300
15871979      +Rogers Service Group,    245 Clinton Street,    Binghamton, NY 13905-2198
15871980      +Sampson Design,    5757 Central Avenue, Suite F,    Boulder, CO 80301-2871
15871982      +Smartmatic Corporation,    C/O Hogan Lovels US LLP,    875 Third Ave.,    New York, NY 10022-6225
15871983       Smartmatic Corporation,    105 Piccadilly, 6th Floor,    W1J7NJ,
               London, United Kingdom,    00000-0000
15871981       Smartmatic Corporation,    C/O Hogan Lovels US LLP,    875 Thire Ave.,    New York, NY 10022
15871985      +Smartmatic International Corporation,    C/O Hogan Lovels US LLP,    875 Third Ave,,
               New York, NY 10022-6225
15871984       Smartmatic International Corporation,    105 Piccadilly, 6th Floor,    W1J7NJ,
               London, United Kingdom,    00000-0000
15871986      +Smartmatic Services,    C/O Hogan Lovels US LLP,    875 Third Ave,    New York, NY 10022-6225
15871987       Smartmatic Services,    105 Piccadilly, 6th Floor,    W1J7NJ,
               London, United Kingdom,    00000-0000
15871988       Smurfit-Stone,    P.O. Box 409813,    Atlanta, GA 30384-9813
15871989     #+Sunrise Labs, Inc.,    5 Dartmouth Drive,    Auburn, NH 03032-3984
15871990      +United Van Lines,    One United Drive,    Fenton, MO 63026-2578
16101569       Universal Storefront Services Corporation (USSC),    711 A.S. Braga Bldg. ,,
               EDSA corner New Yrok St.,    Cubao, Quezon City,    Philippines 1109,    Philippines
15871993      +XO Communications,    14239 Collections Center Drive,    Chicago, IL 60693-0142
15871992      +XO Communications,    9201 N. Central Expressway,    Dallas, TX 75231-6033
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15871968         E-mail/Text: EBNProcessing@afni.com Mar 09 2018 23:57:47      AFNI, Inc.,    PO Box 3517,
                  Bloomington, IL 61702-3517
15871972        +E-mail/Text: bmg.bankruptcy@centurylink.com Mar 09 2018 23:57:47       CenturyLink,
                  PO Box 29040,    Phoenix, AZ 85038-9040
15873031        +E-mail/PDF: dor_tac_bankruptcy@state.co.us Mar 10 2018 00:00:54
                  Colorado Department Of Revenue,    1375 Sherman St.,    Room 504,    Attention Bankruptcy Unit,
                  Denver CO 80261-3000
15873032         E-mail/Text: cio.bncmail@irs.gov Mar 09 2018 23:57:29      IRS,    PO Box 7346,
                  Philadelphia PA 19101-7346
15873033        +E-mail/Text: bankruptcynoticeschr@sec.gov Mar 09 2018 23:57:40
                  Securities and Exchange Commission,    Midwest Regional Office,    175 W. Jackson Blvd.,
                  Ste. 900,    Chicago IL 60604-2815
15871994        +E-mail/Text: brad.lee@xo.com Mar 09 2018 23:58:01      XO Communications,    8851 Sandy Pkwy,
                  Sandy, UT 84070-6438
                                                                                              TOTAL: 6
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16108080         Smartmatic International Corporation
16108081         Smartmatic Services Corporation
16108079         Smartmatic USA Corporation
15871991         Universal Storefront Services Corp,    711 EDSA,    Cubao Quezon City 1109,    Philipines,
cr*             +Dominion Voting Systems Corporation,    Attn: Eric E. Johnson,    c/o Sherman & Howard L.L.C.,
                 633 17th Street, Suite 3000,    Denver, CO 80202-3622
```

```
District/off: 1082-1           User: spressera              Page 2 of 2              Date Rcvd: Mar 09, 2018
                               Form ID: pdf904              Total Noticed: 39

15871977       ##+Horowitz & Burnett, P.C.,    1660 Lincoln Street, Suite 1900,    Denver, CO 80264-1901
15873034        ##Security & Exchange Commission,    Central Regional Office,    1801 California St.,   Ste. 1500,
                 Denver CO 80202-2656
                                                                                              TOTALS: 4, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2018 at the address(es) listed below:
              Alan K. Motes    on behalf of U.S. Trustee    US Trustee, 11 Alan.Motes@usdoj.gov
              Brent R. Cohen    on behalf of Debtor    Sequoia Voting Systems, Inc. bcohen@lrrc.com,
               jlittle@lrrc.com
              Chad S. Caby    on behalf of Debtor    Sequoia Voting Systems, Inc. ccaby@lrrc.com,    kmeans@lrrc.com
              Daniel J. Garfield    on behalf of Consultant    FTI Consulting, Inc.
               dgarfield@mcallistergarfield.com,    dgarfield@mcallistergarfield.com
              Daniel J. Garfield    on behalf of Attorney    McAllister Law Office
               dgarfield@mcallistergarfield.com,    dgarfield@mcallistergarfield.com
              Daniel J. Garfield    on behalf of Debtor    Sequoia Voting Systems, Inc.
               dgarfield@mcallistergarfield.com,    dgarfield@mcallistergarfield.com
              Daniel J. Garfield    on behalf of Attorney    McAllister Garfield, P.C.
               dgarfield@mcallistergarfield.com,    dgarfield@mcallistergarfield.com
              David B. Wilson    on behalf of Creditor    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,    dcollier@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Creditor    Dominion Voting Systems, Inc. dwilson@shermanhoward.com,
               dcollier@shermanhoward.com;efiling@shermanhoward.com
              Eric E. Johnson    on behalf of Creditor    Dominion Voting Systems Corporation
               ejohnson@shermanhoward.com,    efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Creditor    Dominion Voting Systems, Inc.
               ejohnson@shermanhoward.com,    efiling@shermanhoward.com;rneal@shermanhoward.com
              Ira S Greene    on behalf of Creditor    Smartmatic Corporation igreene@edwardswildman.com
              US Trustee, 11    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 13
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: <br><br>**Sequoia Voting Systems, Inc.**, <br><br>Debtor. | Bankruptcy Case No. **14-11360 TBM** <br><br>Chapter 11 |

**FINAL DECREE**
**(Chapter 11 Business Debtor)**

The estate of the above-named debtor having been fully administered, it is

    ORDERED that the chapter 11 case of the above-named debtor is hereby closed.

DATED this 9th day of March, 2018

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Judge