# AMENDED PRELIMINARY POST CONFIRMATION QUARTERLY REPORT

**DEBTOR: Sequoia Voting Systems, Inc.**

**CH. 11 CASE NO: 14-11360 TBM**        **FOR PERIOD ENDING: Partial Quarter Through February 6, 2018**

SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:

| | | |
|---|---|---:|
| 1. CASH BALANCE, BEGINNING OF QUARTER | $ | 70,175.93 |
| 2. CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | | 0.00 |
| 3. CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | | 11,543.62 |
| 4. CASH BALANCE, END OF QUARTER | $ | 58,632.31 |

SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:

| | Paid During Quarter | Paid To date | Total Pmts. Projected Under Plan |
|---|---:|---:|---:|
| 1. ADMINISTRATIVE EXPENSES | | | |
| Plan Trustee Expenses | 6,668.62 | 6,749.16 | |
| Other Professionals | 0.00 | 13,725.03 | |
| Chapter 11 Administrative Expenses | 4,875.00 | 4,875.00 | |
| TOTAL ADMINISTRATIVE EXPENSES | 11,543.62 | 25,349.19 | |
| 2. SECURED CREDITORS | | | |
| 3. PRIORITY CREDITORS | 0.00 | 6,018.50 | 6,018.50 |
| 4. UNSECURED CREDITORS | 0.00 | 412,097.27 | 412,097.27 |
| 5. EQUITY SECURITY HOLDERS | | | |
| TOTAL PLAN PAYMENTS | 11,543.62 | 443,464.96 | |

| | Amount | Check No. |
|---|---|---|
| QUARTERLY FEE ACCRUED | To be paid with March 31 Report | |

PLAN STATUS:                                                                          Yes   No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)   [X] [ ]

2. Are all post-confirmation obligations current? (If no, attach explanation.)   [X] [ ]

Notes:
1. Cash receipts and expenditures are reported on a "cash basis".

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT*
*IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Sequoia Voting Systems, Inc.
Reorganized Debtor

By: _____
Tom H. Connolly, Plan Administrat
tom@clpc-law.com 303-661-9292

Form 3
Rev. 10/1/01