United States Bankruptcy Court
District of Colorado

In re:  
SVS Holdings, Inc.  
    Debtor

Case No. 10-24238-TBM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: mckinleyj     Page 1 of 2     Date Rcvd: Oct 02, 2017  
                    Form ID: pdf904     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.  
db         +SVS Holdings, Inc.,   PO Box 815,   Broomfield, CO 80038-0815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:

      Brent R. Cohen    on behalf of Attorney Ira S. Greene bcohen@lrrc.com, jlittle@lrrc.com  
      Brent R. Cohen    on behalf of Attorney    Lewis Roca Rothgerber Christie LLP bcohen@lrrc.com, jlittle@lrrc.com  
      Brent R. Cohen    on behalf of Creditor    Smartmatic USA Corporation bcohen@lrrc.com, jlittle@lrrc.com  
      Brent R. Cohen    on behalf of Attorney Khang V. Tran bcohen@lrrc.com, jlittle@lrrc.com  
      Brent R. Cohen    on behalf of Trustee Tom H. Connolly bcohen@lrrc.com, jlittle@lrrc.com  
      Brent R. Cohen    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee bcohen@lrrc.com, jlittle@lrrc.com  
      Brent R. Cohen    on behalf of Creditor    Smartmatic Corporation bcohen@lrrc.com, jlittle@lrrc.com  
      Chad S. Caby    on behalf of Trustee Tom H. Connolly ccaby@lrrc.com, kmeans@lrrc.com  
      Chad S. Caby    on behalf of Creditor    Smartmatic Corporation ccaby@lrrc.com, kmeans@lrrc.com  
      Chad S. Caby    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee ccaby@lrrc.com, kmeans@lrrc.com  
      Christian C. Onsager    on behalf of Creditor Jack Blaine consager@OFJlaw.com, bmoss@OFJlaw.com;tcadwell@OFJlaw.com  
      Daniel J. Garfield    on behalf of Attorney    McAllister Law Office dgarfield@mcallistergarfield.com, dgarfield@mcallistergarfield.com  
      Daniel J. Garfield    on behalf of Trustee Tom H. Connolly dgarfield@mcallistergarfield.com, dgarfield@mcallistergarfield.com  
      Daniel J. Garfield    on behalf of Debtor    SVS Holdings, Inc. dgarfield@mcallistergarfield.com, dgarfield@mcallistergarfield.com  
      Daniel J. Garfield    on behalf of Plaintiff Tom H. Connolly dgarfield@mcallistergarfield.com, dgarfield@mcallistergarfield.com  
      Daniel J. Garfield    on behalf of Financial Advisor    FTI Consulting, Inc. dgarfield@mcallistergarfield.com, dgarfield@mcallistergarfield.com  
      Daniel J. Garfield    on behalf of Attorney Daniel J. Garfield dgarfield@mcallistergarfield.com, dgarfield@mcallistergarfield.com  
      Daniel J. Garfield    on behalf of Cross-Claimant    Sequoia Voting Systems, Inc. dgarfield@mcallistergarfield.com, dgarfield@mcallistergarfield.com  
      David B. Wilson    on behalf of Interested Party    Dominion Voting Systems Corporation dwilson@shermanhoward.com, dcollier@shermanhoward.com;efiling@shermanhoward.com  
      David B. Wilson    on behalf of Cross Defendant    Dominion Voting Systems, Inc. dwilson@shermanhoward.com, dcollier@shermanhoward.com;efiling@shermanhoward.com  
      David B. Wilson    on behalf of Defendant    Dominion Voting Systems Corporation dwilson@shermanhoward.com, dcollier@shermanhoward.com;efiling@shermanhoward.com  
      David B. Wilson    on behalf of Cross-Claimant    Dominion Voting Systems Corporation dwilson@shermanhoward.com, dcollier@shermanhoward.com;efiling@shermanhoward.com  
      David B. Wilson    on behalf of Interested Party    Dominion Voting Systems, Inc. dwilson@shermanhoward.com, dcollier@shermanhoward.com;efiling@shermanhoward.com  
      David B. Wilson    on behalf of Cross-Claimant    Dominion Voting Systems, Inc. dwilson@shermanhoward.com, dcollier@shermanhoward.com;efiling@shermanhoward.com

```
District/off: 1082-1           User: mckinleyj              Page 2 of 2                   Date Rcvd: Oct 02, 2017
                               Form ID: pdf904              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          David B. Wilson    on behalf of Defendant    Dominion Voting Systems, Inc.
           dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
          David B. Wilson    on behalf of Cross Defendant    Dominion Voting Systems Corporation
           dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
          Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems, Inc.
           ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
          Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems, Inc.
           ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
          Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems Corporation
           ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
          Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems Corporation
           ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
          Ira S Greene    on behalf of Creditor    Smartmatic Corporation igreene@edwardswildman.com
          Lars H. Fuller    on behalf of Creditor    Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
           JDuncan@bakerlaw.com;SBeer@bakerlaw.com
          Leo M. Weiss    on behalf of U.S. Trustee    US Trustee, 11 Leo.M.Weiss@usdoj.gov
          Mark F. Bell    on behalf of Trustee Tom H. Connolly mbell@fostergraham.com,
           awelles@fostergraham.com
          Michael J. Guyerson    on behalf of Defendant Jack  Blaine mike@bandglawoffice.com,
           celina@bandglawoffice.com
          Michael J. Guyerson    on behalf of Creditor    D3 Technology Solutions, LLC
           mike@bandglawoffice.com,   celina@bandglawoffice.com
          Tom H. Connolly     tconnolly@ecf.epiqsystems.com
          US Trustee, 11    USTPRegion19.DV.ECF@usdoj.gov

                                                                                                                            TOTAL: 38

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | Case No. 10-24238-HRT |
| SVS HOLDINGS, INC., ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |

**ORDER GRANTING FIFTH AND FINAL FEE APPLICATION FOR APPROVAL OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE TRUSTEE FOR SVS HOLDINGS, INC.**

THIS MATTER comes before the Court upon the Fifth and Final Fee Application for Approval of Professional Compensation and Reimbursement of Expenses by FTI Consulting, Inc., Financial Advisor to the Trustee for SVS Holdings, Inc. (the "Application"); sufficient and good cause being demonstrated, the Court

ORDERS that the Application is hereby GRANTED; it is further

ORDERED that fees in the amount of $13,877.50 and expenses in the amount of $4,200.55, for a total award of $18,078.05, as described in the Application for the period of time from September 1, 2016, through January 5, 2017, are hereby APPROVED on a final basis; it is further

ORDERED that fees and expenses previously approved by the Court pursuant to FTI's First, Second, Third and Fourth Fee Applications, as subsequently voluntarily reduced by FTI to total $1,837,307.13 as described in the Application, are hereby APPROVED on a final basis; it is further

ORDERED that the Trustee for SVS Holdings, Inc. is hereby authorized and directed to pay FTI Consulting, Inc. the unpaid amounts set forth in the Application totaling $104,245.48, to the extent not previously paid pursuant to the Amended Funding Agreement (as defined in the Application).

Dated this 2nd day of October, 2017.

BY THE COURT:

_Thomas B. McNamara_
United States Bankruptcy Judge